UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

FRED PROCTOR,

      Plaintiff,                    Case No. 1:23-cv-38

v.                                       Honorable Robert J. Jonker

M. FOUNTAIN et al.,

      Defendants.
_____/

## ORDER FOR SERVICE

This is a prisoner civil rights action. Plaintiff is represented by counsel and has paid the filing fee. Therefore:

**IT IS ORDERED** that the Clerk shall issue a summons for each of the Defendants and provide them to counsel for Plaintiff, who is responsible for service of the summons and complaint upon each Defendant.

**IT IS FURTHER ORDERED** that each Defendant shall file an appearance of counsel (individual Defendants may appear *pro se* if they do not have counsel) within 21 days of service or, in the case of a waiver of service, 60 days after the waiver of service was sent. Until so ordered by the Court, no Defendant is required to file an answer or motion in response to the complaint, and no default will be entered for failure to do so. *See* 42 U.S.C. § 1997e(g)(1). After a Defendant has filed an appearance, proceedings in this case will be governed by the Court's Standard Case Management Order in a Prisoner Civil Rights Case.

Dated:  May 2, 2023                         /s/ Ray Kent
                                                          Ray Kent
                                                          United States Magistrate Judge